**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM GENE CRAWFORD, | NO. CV 18-10580-RSWL(E) |
| Petitioner, | |
| v. | JUDGMENT |
| JAMES ROBERTSON, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: October 22, 2019

/s/RONALD S.W. LEW
HONORABLE RONALD S.W. LEW
UNITES STATES DISTRICT JUDGE